```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 01006
   FELECIA F WILSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-1931


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 01/21/2007 and was confirmed 04/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/17/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG    11623.20              .00        11623.20
CHASE MANHATTAN MTG CORP MORTGAGE ARRE    14486.09              .00             .00
FISHER & SHAPIRO         NOTICE ONLY     NOT FILED              .00             .00
FISHER & SHAPIRO         NOTICE ONLY     NOT FILED              .00             .00
CITIBANK                 SECURED           9637.00           490.60             .00
CAPITAL ONE              UNSEC W/INTER    1697.78               .00             .00
ARTHUR ADLER & ASSOC     NOTICE ONLY     NOT FILED              .00             .00
CAPITAL ONE              UNSEC W/INTER    2391.55               .00             .00
CAVALARY PORYFOLIO SVCS  UNSEC W/INTER  NOT FILED               .00             .00
COMMONWEALTH FINANCIAL   UNSEC W/INTER  NOT FILED               .00             .00
COOK COUNTY              UNSEC W/INTER  NOT FILED               .00             .00
ENCORE RECEIVABLES MGMT  UNSEC W/INTER  NOT FILED               .00             .00
GLOBAL PAYMENTS          UNSEC W/INTER    1332.54               .00             .00
HSBC                     NOTICE ONLY     NOT FILED              .00             .00
HSBC                     UNSEC W/INTER  NOT FILED               .00             .00
NCO FINANCIAL            UNSEC W/INTER  NOT FILED               .00             .00
NCO FINANCIAL            UNSEC W/INTER  NOT FILED               .00             .00
NCO FINANCIAL            UNSEC W/INTER  NOT FILED               .00             .00
WORLD FINANCIAL NETWORK  UNSEC W/INTER     497.99               .00             .00
SBC                      UNSEC W/INTER     221.97               .00             .00
ECAST SETTLEMENT CORP    UNSEC W/INTER     286.36               .00             .00
B-LINE LLC               UNSEC W/INTER    2053.11               .00             .00
PAUL M BACH              DEBTOR ATTY     1,774.00                               .00
TOM VAUGHN               TRUSTEE                                             836.20
DEBTOR REFUND            REFUND                                                 .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                12,950.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 01006 FELECIA F WILSON
```

```
PRIORITY                                                           .00
SECURED                                                      11,623.20
    INTEREST                                                    490.60
UNSECURED                                                          .00
ADMINISTRATIVE                                                     .00
TRUSTEE COMPENSATION                                            836.20
DEBTOR REFUND                                                      .00
                                      ---------------   ---------------
TOTALS                                      12,950.00         12,950.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 07/23/08                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE